IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE ROSADO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 10-1877 |
| | : | |
| **ENCOMPASS INSURANCE** | : | |
| **COMPANY**, *et al*. | : | |

## **ORDER**

**AND NOW**, this 10th day of June, 2010, upon consideration of the Plaintiff's Motion to Remand (Document No. 8), the defendant Encompass Insurance Company's response and the Notice of Removal, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the Philadelphia Court of Common Pleas for lack of subject matter jurisdiction pursuant to 28 U.S.C. §1447(c).

        /s/ Timothy J. Savage
        TIMOTHY J. SAVAGE, J.